UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-cv-00154 ADS                                        Date:  May 8, 2026

Title:  *B'Rock O'Kennard v. City of La Habra, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On January 20, 2026, Plaintiff filed a Complaint.  (Dkt. No. 1.)  On March 23, 2026, Plaintiff filed a proof of service as to Defendant City of La Habra.  (Dkt. No. 10.)  To date, Defendant City of La Habra has not filed a responsive pleading, and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution as to Defendant City of La Habra.  Plaintiff must file a written response no later than **May 15, 2026**.  Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order may result in dismissal of the action as to Defendant City of La Habra**.

**IT IS SO ORDERED.**

Initials of Clerk kh